```
 1  SCOTT N. JOHNSON, ESQ., SBN 166952
    DISABLED ACCESS PREVENTS INJURY, INC.
 2  5150 FAIR OAKS BLVD., SUITE 101
    PMB #253
 3  CARMICHAEL, CA 95608-5758
    TELEPHONE (916) 485-3516
 4  FAX (916) 481-4224
    E-MAIL scottnjohnson@comcast.net
 5
    Attorney for Plaintiff Scott N. Johnson
 6
    CRIS C. VAUGHAN, ESQ., SBN  99568
 7  VAUGHAN & ASSOCIATES
    6207 South Walnut Street, Suite 800
 8  Loomis, CA  95650
    Telephone:  916-660-9401
 9  Facsimile:  916-660-9378

10  Attorney for Defendant, Dorothy L. Flaherty, Individually
    and as Trustee of the Edward J. and Dorothy L. Flaherty
11  Family Trust U/D dated 11/09/90
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02817-GEB-JFM** |
| Plaintiff, | STIPULATION RE: EXTENSION OF TIME UNTIL JANUARY 31, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |
| vs. | |
| James Hall, Individually and dba Hall/s Paintball Supplies; Dorothy L. Flaherty, Individually and as Trustee of The Edward J. and Dorothy L. Flaherty Family Trust U/D dated 11/09/90, | |
| Defendants. | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Dorothy L. Flaherty, Individually

STIPULATION RE: EXTENSION OF TIME - 1

and as Trustee of The Edward J. and Dorothy L. Flaherty Family Trust, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants are granted an extension until January 31, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than January 31, 2012.

IT IS SO STIPULATED effective as of January 5, 2012.

Dated: January 5, 2012      /s/ Cris C. Vaughan
                            Cris C. Vaughan,
                            Attorney for Defendant,
                            Dorothy L. Flaherty


Dated: January 9, 2012      /s/ Scott N. Johnson
                            Scott N. Johnson,
                            Attorney for Plaintiff

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**Date:  1/9/2012**

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: EXTENSION OF TIME - 3