SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Dorothy L. Flaherty, Individually and as Trustee of the Edward J. and Dorothy L. Flaherty Family Trust U/D dated 11/09/90

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>James Hall, Individually and dba Hall/s Paintball Supplies; Dorothy L. Flaherty, Individually and as Trustee of The Edward J. and Dorothy L. Flaherty Family Trust U/D dated 11/09/90,<br><br>        Defendants.<br>_____ | Case No.**2:11-cv-02817-GEB-JFM**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JANUARY 31, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

     Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Dorothy L. Flaherty, Individually

STIPULATION RE: EXTENSION OF TIME - 1

and as Trustee of The Edward J. and Dorothy L. Flaherty Family Trust, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants are granted an extension until January 31, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than January 31, 2012.

IT IS SO STIPULATED effective as of January 5, 2012.

Dated:  January 5, 2012          /s/ Cris C. Vaughan
                                 Cris C. Vaughan,
                                 Attorney for Defendant,
                                 Dorothy L. Flaherty


Dated:  January 9, 2012          /s/ Scott N. Johnson
                                 Scott N. Johnson,
                                 Attorney for Plaintiff

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**Date:  1/9/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: EXTENSION OF TIME - 3