IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )   2:11-cv-02817-GEB-JFM
          Plaintiff,           )
                               )
     v.                        )   ORDER RE: SETTLEMENT AND
                               )   DISPOSITION
James Hall, Individually and   )
d/b/a Hall's Paintball Supplies;)
Dorothy L. Flaherty,           )
Individually and as Trustee of )
The Edward J. and Dorothy L.   )
Flaherty Family Trust U/D dated,)
11/09/90,                      )
                               )
          Defendants.          )
_____)
```

        Plaintiff filed a "Notice of Settlement" on May 10, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 18.)

        Therefore, a dispositional document shall be filed no later than June 10, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b).

        IT IS SO ORDERED.

Dated:  May 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge